Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 59103.**—Kung Chen Fur Corp. *v.* United States, protest 39433–K (New York).

Opinion by OLIVER, C. J.   It was stipulated that the items marked "A" consist of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) and that the items marked "B" consist of lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643).   Accepting this stipulation as a statement of fact and following the cited decisions, the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra.*

**No. 59104.**—Baeff & Vesely, Inc., and W. J. Byrnes & Co. of N. Y., Inc., et al., protests 188142–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.*. v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 59105.**—Kittay & Blitz, Inc. *v.* United States, protest 212913–K (New York).

WILSON, Judge:   The merchandise in the case at bar consists of certain opaque glass stones of different sizes and shapes, invoiced under item Nos. 6151 and 6152, covered by entry No. 974602.   It was assessed with duty by the collector at the rate of 50 per centum ad valorem under the provisions of paragraph 218 (f) of the Tariff Act of 1930, as amended by the General Agreement on Tariffs and Trade, T. D. 51802, made effective by the President's proclamation, T. D. 51898, for "* * * all articles of every description not specially provided for, composed